IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARIO LEFLORE,

    Petitioner,

v.

MICHAEL DITTMAN, Warden,
Columbia Correctional Institution,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-822-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing Mario LeFlore's petition for a writ of habeas corpus under 28 U.S.C. § 2254.

/s/                                8/6/2018

Peter Oppeneer, Clerk of Court          Date